**In re Eric Wayne WAGNER and Heather Elizabeth Wagner, Debtors.**

**Bankruptcy No. 97–30482.**

United States Bankruptcy Court,
D. Idaho.

Oct. 20, 1998.

Robert L. Brower, Jones, Brower and Callery, Lewiston, Idaho, for Potlatch No. 1 Credit Union.

Christy A. Kaes, Moscow, Idaho, for the debtors.

S. David Swayne, Moscow, Idaho, chapter 7 trustee.

## SUMMARY ORDER

TERRY L. MYERS, *Bankruptcy Judge.*

This matter came before the Court on the Stipulation for Relief from Automatic Stay submitted by Potlatch No. 1 Credit Union, Debtors, and the chapter 7 Trustee. By virtue of the correspondence to the Court from Potlatch's counsel, the Stipulation filed September 30, 1998 is WITHDRAWN.